IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

DANIEL JOSEPH
PARRISH-PARRADO,

           Plaintiff,

      v.                       CASE NO. 07-3046-SAC

KARA RATZSTAFF,
et al.,

           Defendants.

**O R D E R**

    This civil rights complaint, 42 U.S.C. 1983, was submitted for filing by a Kansas inmate confined at the Larned Correctional Mental Health Facility, Larned, Kansas. In a prior order, the court found plaintiff has previously been designated a "three strikes litigant" pursuant to 28 U.S.C. 1915(g), and there was no basis to conclude he could be allowed to proceed in this matter without prepayment of the full filing fee. In that Order, dated March 1, 2007, plaintiff was informed that he could proceed in this action only if he paid the full filing fee of $350.00 required for filing a civil rights complaint under 42 U.S.C. §1983. He was granted thirty (30) days from the date of that Order to submit the $350 filing fee. He was notified that failure to pay the full filing fee within that time would result in the dismissal of this action without prejudice.

    Plaintiff has not paid the filing fee within the time ordered by the court. The court concludes this action may not proceed and must be dismissed without prejudice.

**IT IS THEREFORE ORDERED** that this action is dismissed and all relief denied, without prejudice, for failure to pay the filing fee.

**IT IS SO ORDERED.**

Dated this 11th day of April, 2007, at Topeka, Kansas.

s/Sam A. Crow<br>
U. S. Senior District Judge